**Motion for Rehearing Granted; Memorandum Opinion issued February 27, 2014, Withdrawn and Judgment Vacated, Appeal Reinstated; Order filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00850-CV

_____

## THE ESTATE OF MARGARET KLOVENSKI, JAKE KLOVENSKI, AND MARY HASSLER, INDIVIDUALLY AND AS NEXT FRIENDS,
**Appellant**

**V.**

## DR. ASHISH KAPOOR, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2009-31943**

## ORDER

On February 27, 2014, this court issued a memorandum opinion dismissing this appeal. On March 14, 2014, appellants filed a motion for rehearing, and appellee filed a response to the motion on March 27, 2014. *See* Tex. R. App. P. 49. The motion is **GRANTED**.

Accordingly, we order this court's opinion issued February 27, 2014, **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.** Appellants' brief shall be due on or before **April 15, 2014,** pursuant to appellants' motion for extension of time, which is also granted.

PER CURIAM